UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN R. HARRISON,
71 Sanibel Drive
Fredericksburg, VA 22406

    *Plaintiff,*

v.

FRANK KENDALL III, Secretary of the Air Force,

    *Defendant.*

Case No. 1:22-cv-01380

## DECLARATION OF THOMAS E. SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas E. Sullivan, hereby declare:

1. My name, office address, email address and telephone number are as follows:

   Thomas E. Sullivan
   Finnegan, Henderson, Farabow, Garrett
     & Dunner LLP
   901 New York Avenue, NW
   Washington, DC 20001-4413
   Telephone: 202.408.4113

   Email: Thomas.E.Sullivan@Finnegan.com

2. I am a member of the State Bar of California, No. 213999 and have been admitted to the following courts:
   United States Court of Appeals for the Federal Circuit
   United States District Court for the Southern District of California
   United States Court of Federal Claims
   United States Court of Appeals for Veterans Claims

3. I am currently in good standing with all states, courts, and the bar, to which I am admitted.

1

4.  I have not previously been admitted pro hac vice in this Court.

Dated this 23 day of June, 2022.                    Respectfully submitted,

_____
Thomas E. Sullivan
Finnegan, Henderson, Farabow, Garrett
  & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4113
Email: Thomas.E.Sullivan@Finnegan.com

# EXHIBIT 1

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

June 10, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS ERIC SULLIVAN, #213999 was admitted to the practice of law in this state by the Supreme Court of California on June 8, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

David Carranza
Custodian of Records